# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR 03 2016

BY_____ ARTHUR JOHNSTON _____DEPUTY

*Best,*        *217*        COMPLAINT

(Last Name)        (Identification Number)

*Shelby        Wayne*

(First Name)        (Middle Name)

*Lenoir Rowell Criminal Justice Center*

(Institution)

*171 Savanah-Millard Rd, Poplarville, MS. 39470*

(Address)

*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

v.

*Lenoir Rowell Criminal Justice Center and Staff*

CIVIL ACTION NUMBER: *1:16cv 91 HSO-JCG*

(to be completed by the Court)

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

### NOTICE AND WARNING:
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.    Have you ever filed any other lawsuits in a court of the United States?        Yes ( ✓ )  No (   )

B.    If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.    Parties to the action: *Picayune Police Department and Officers*

2.    Court (if federal court, name the district; if state court, name the county): *Haven't had a response at this time.*

3.    Docket Number: *unknown*

4.    Name of judge to whom case was assigned: *unknown*

5.    Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): *unknown*

# PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: _Shelby Wayne Best_ Prisoner Number: _217_

Address: _200 South Main Street_
_Poplarville, MS. 39470_

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: _Lenoir Rowell Criminal Justice Center_ is employed as _and Staff/Mail Clerk_ at _____

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: _Shelby Wayne Best_

ADDRESS: _200 South Main Street_
_Poplarville, MS. 39470_

DEFENDANT(S):

NAME: _Lenoir Rowell Criminal Justice Center/Staff Mail Clerk_

ADDRESS: _171 Savanah-Millard Road_
_Poplarville, MS. 39470_

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( )   No ( ✓ )

B. Are you presently incarcerated for a parole or probation violation?

Yes ( )   No ( ✓ )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )   No ( ✓ )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )   No ( ✓ )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( ✓ )   No ( ), if so, state the results of the procedure: ~~~~ *Have had no response. Don't know if they are entertaining (ARP) at all, here, now.*

F. If you are **not** an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

Yes ( ✓ )   No ( )

2. State how your claims were presented (written request, verbal request, request for forms): *Verbal to Shift Supervisor, written and received no response, request form, no response*

3. State the date your claims were presented: *January 20, 2016*

4. State the result of the procedure: *No Response*

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On or about January 4, 2016, I mailed a letter to St. Tammany Parish La., requesting the Extract of Minute Entry from a Court preceding. Upon receiving the return delivery of the request, I noticed the enveloped of my "Legal Mail" had been previously opened. When I asked the Officer about this, all that was said was, "It probably got damaged in shipping. I'm just like they are and I'm no less furious than they would be. All I can do is pray!

### RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

(monetary)(punitive)
To get the point across to these(people) Officers, although they say, "this is Pearl River County, we do what we desire", maybe so, but not with Mail. That's a Federal Offense, isn't it? This is extremely personal!

Signed this _25_ day of _February_ ,20 _16_ .

_Shelby Wayne Best_ 217

_200 South Main St. Poplarville, Ms 39470_
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

_2/25/2016_
(Date)

_Shelby Best_ 217
Signature of plaintiff

4

Shelby Wayne Best B3
Pearl River County Jail
200 South March Street
Poplarville, MS. 39470

39201$5022 C006

RECEIVED
MAR 03 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

RECEIVED
MAR -1 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

U.S. District Co
501 East Courts
Jackson MS 39

FPORT MS