# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHELBY WAYNE BEST** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:16cv81-HSO-JCG |
| | § | |
| **ALEX FORD, Officer at PRCJ,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [31] of United States Magistrate Judge John C. Gargiulo, entered in this case on May 12, 2017. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [31], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 13th day of June, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE